IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY NELSON,

    Plaintiff,

v.

CE POWER OF CINCINNATI, OH, and
AMERICAN ELECTRIC POWER,

    Defendants.

Case No. 1:21-cv-00288

Hon. Janet T. Neff

| | |
|---|---|
| Jeffrey S. Burg (P38381)<br>*Attorney for Plaintiff*<br>Law Offices of Jeffrey S. Burg, Esq.<br>16291 W. 14 Mile Road, Suite 24<br>Beverly Hills, MI 48025<br>248-227-5027<br>Jburg@comcast.net | Richard W. Warren (P63123)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>*Attorneys for Defendant CE Power of Cincinnati, OH*<br>150 West Jefferson, Suite 2500, Floor 23<br>Detroit, MI 48226<br>313-963-6420<br>warren@millercanfield.com<br><br>Dean F. Pacific (P57086)<br>Warner Norcross + Judd LLP<br>*Attorneys for Defendant American Electric Power*<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, MI 49503-2832<br>616-752-2424<br>dpacific@wnj.com |

**STIPULATION AND ORDER OF DISMISSAL
<u>WITH PREJUDICE AND WITHOUT COSTS OR FEES</u>**

    NOW COME the Parties, by and through the undersigned counsel, and hereby stipulate and agree to the entry of an Order dismissing Plaintiff's Complaint with prejudice and without attorneys' fees or costs to any party.

NOW, THEREFORE, This matter having come before the Court on the Stipulation of the Parties, and the Court otherwise being fully advised in the premises, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

This is a final order and closes the case.

IT IS SO ORDERED.

                                            /s/ Janet T. Neff
                                            Hon. Janet T. Neff

Dated: _____May 28 , 2021_____

STIPULATED BY:

*/s/ Jeffrey S. Burg (with permission)*
Jeffrey S. Burg (P38381)
*Attorney for Plaintiff*
Law Offices of Jeffrey S. Burg, Esq.
16291 W. 14 Mile Road, Suite 24
Beverly Hills, MI 48025
248-227-5027
Jburg@comcast.net

*/s/ Richard W. Warren*
Richard W. Warren (P63123)
Miller, Canfield, Paddock and Stone, P.L.C.
*Attorneys for Defendant CE Power of Cincinnati, OH*
150 West Jefferson, Suite 2500, Floor 23
Detroit, MI 48226
313-963-6420
warren@millercanfield.com

*/s/ Dean F. Pacific (with permission)*
Dean F. Pacific (P57086)
Warner Norcross + Judd LLP
*Attorneys for Defendant American Electric Power*
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503-2832
616-752-2424
dpacific@wnj.com